United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twinkle Kabani, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-1280 |
| | § | |
| Pamela Bondi, *et. al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal filed on June 21, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 2²ˡ day of June, 2026.

DAVID HITTNER
United States District Judge